JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HAZEL on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HIMAGINE SOLUTIONS, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:20-CV-06072 DSF (MRWX)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Dale S. Fischer<br><br>Date Action Filed: April 29, 2020<br>Date of Removal: July 8, 2020 |

1  Pursuant to the Parties' Stipulation of Dismissal without Prejudice, and for
2  good cause appearing, the Court hereby orders this action dismissed in its entirety,
3  without prejudice.

5  IT IS SO ORDERED.
6  DATED: November 17, 2020

*[signature: Dale S. Fischer]*

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE